1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Hector Joaquin Peralta Chavarria

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,          )    Case No. 08MJ8336
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )    **CERTIFICATE OF SERVICE**
                                      )
14 HECTOR JOAQUIN PERALTA CHAVARRIA,  )
                                      )
15              Defendant.            )
   _____ )
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                          Efile.dkt.gc2@usdoj.gov
20

21                          Respectfully submitted,

22

23 DATED:        April 29, 2008              /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Hector Joaquin Peralta Chavarria
25

26

27

28